UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-00849-01, 03 |
| versus | JUDGE DONALD E. WALTER |
| ANDREA LORENZO and JULIO LORENZO | |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Suppress [Doc. #s52 & 56] filed on behalf of defendant Julio Lorenzo is hereby **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 8 day of November, 2006.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
2006
TIME A.M. _____ P.M. _____

U